IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

BRADLEY O. BOYCE,

Plaintiff,

v.                                              CIVIL ACTION NO.   2:20-cv-00451

ANDREW SAUL,
Commissioner of Social Security,

Defendant.

## ORDER

This action was referred to United States Magistrate Judge Omar Aboulhosn for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On January 14, 2021, Magistrate Judge Aboulhosn submitted his Proposed Findings & Recommendations [ECF No. 15] ("PF&R") and recommended that the court **GRANT** Plaintiff's request for remand (ECF No. 12), **DENY** Defendant's request to affirm the decision of the Commissioner (ECF No. 14), **REVERSE** the final decision of the Commissioner, and **REMAND** this matter back to the Commissioner. Neither party timely filed objections to the PF&R nor sought an extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de

novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** Plaintiff's request for remand (ECF No. 12), **DENIES** Defendant's request to affirm the decision of the Commissioner (ECF No. 14), **REVERSES** the final decision of the Commissioner, and **REMANDS** this matter back to the Commissioner.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      February 2, 2021

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE